UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, 103312,<br><br>Petitioner,<br><br>v.<br><br>GAVIN NEWSOME, Governor, et al.,<br><br>Respondent(s). | Case No. 25-cv-02159-CRB (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On August 28, 2025, the post office returned the court's mail to petitioner as undeliverable and unable to forward. ECF No. 7 at 1. Because more than 60 days have passed since the court's mail to petitioner was returned as undeliverable, and the court has received no written communication from petitioner indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: October 28, 2025

_____
CHARLES R. BREYER
United States District Judge